NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RETURN MAIL, INC.,**
*Appellant*

**v.**

**UNITED STATES POSTAL SERVICE,
UNITED STATES,**
*Appellees*

---

2016-1502

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2014-00116.

---

**O R D E R**

---

Before PROST, *Chief Judge,* NEWMAN and WALLACH,
*Circuit Judges.*

PER CURIAM.

The Supreme Court of the United States recently issued its opinion in *Return Mail, Inc. v. U.S. Postal Service*, No. 17-1594 (U.S. June 10, 2019), reversing our judgment and remanding the case to us for further proceedings. Consistent with that opinion, we vacate the Patent Trial and

Appeal Board's decision in CBM2014-00116, and remand to the Board to dismiss for lack of jurisdiction.

IT IS ORDERED THAT:

This case is remanded to the Board with instructions to dismiss in light of the Supreme Court's disposition.


FOR THE COURT


August 9, 2019                    /s/ Peter R. Marksteiner
     Date                         Peter R. Marksteiner
                                  Clerk of Court